THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* MEYER LIPSCHITZ, Appellant.

*People* v. *Lipschitz*, 152 App. Div. 911, affirmed.
(Argued January 23, 1913; decided February 11, 1913.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered September 10, 1912, which affirmed a judgment of the Kings County Court rendered upon a verdict convicting the defendant of the crime of criminally receiving stolen goods.

*Alexander Rosenthal* and *David Steckler* for appellant.

*James C. Cropsey, District Attorney (Hersey Egginton* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: CULLEN, Ch. J., GRAY, WERNER, HISCOCK, COLLIN, CUDDEBACK and MILLER, JJ.